IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>AUSTIN MICHAEL HAUTH,<br><br>       Defendant. | No. 2:25-cr-00008-SAB<br><br>**ORDER GRANTING MOTION TO CONTINUE** |

    Before the Court is Defendant's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline, ECF No. 24. The motion was heard without oral argument. Defendant is represented by Jesse Cantor. The United States is represented by Brian Wynne.

    Defendant asks to continue the pretrial conference and trial date to allow him adequate time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records and meet with his counsel. He indicates the United States does not oppose his request. Good cause exists to grant the motion.

    Accordingly, **IT IS HEREBY ORDERED**:

    1. Defendant's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline, ECF No. 24, is **GRANTED**.

    2. The current trial date of March 10, 2025, is **STRICKEN** and **RESET** to **September 15, 2025,** at **9:00 a.m.**, commencing with a **final** pretrial conference at

**ORDER GRANTING MOTION TO CONTINUE** ~ 1

**8:30 a.m.** The trial shall take place at the United States Courthouse in **Seattle**, Washington.

    3. The pretrial set for February 20, 2025, is **STRICKEN** and **RESET** to **August 26, 2025,** at **10:00 a.m.** by **Video Conference**. The Court will provide the video call in information to counsel prior to the hearing. Counsel shall advise the Court regarding any dispositive change in the status of this case **at least 5 days prior to the pretrial conference.**

    a. Any motion to continue the pretrial conference or trial shall be filed at the earliest practicable opportunity, but no later than seven (7) days prior to said proceeding. Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, Defendant's signed Speedy Trial waiver; (3) the position of all co-Defendants and opposing counsel; and (4) the proposed new date. Additionally, any motions filed after the pretrial motion deadline will be considered at the pretrial conference.

    b. Continuances are not granted absent good cause.

    c. All motions to continue shall be in writing. The first motion to continue will be considered by the Court and granted without a hearing if the other side does not oppose the request. A waiver of the defendant's Speedy Trial rights shall accompany the motion. Subsequent motions to continue will require a hearing. It is unlikely the Court will grant more than two motions to continue.

    d. It is unlikely the Court will grant any motions to continue that are not in writing or that are filed less than 7 days before the next hearing. In that case, counsel should be prepared to proceed with the scheduled trial date.

    4. All pretrial motions, including motions in limine and *Daubert* motions, shall be filed and served on or before **July 25, 2025**, and noted for hearing at the pretrial conference.

**ORDER GRANTING MOTION TO CONTINUE~ 2**

5.  Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **seven (7) calendar days prior to trial**. This does not modify the parties' discovery obligations under Fed. R. Crim. P. 16. Absent an agreement between the parties or an Order from the Court, the parties' Fed. R. Crim. P. 16 discovery deadlines shall be governed by Local Criminal Rule 16.

6.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between March 10, 2025, the current trial date, until September 15, 2025, the new trial date, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel.

**DATED** this 4th day of February 2025.

_____
Stanley A. Bastian
U.S. District Court Judge

**ORDER GRANTING MOTION TO CONTINUE~ 3**