IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>AUSTIN MICHAEL HAUTH,<br><br>　　　　Defendant. | No.  2:25-cr-00008-SAB<br><br><br>**ORDER CLOSING FILE** |

　　　On May 15, 2025, U.S. Probation filed a Notice of Death, reporting that Defendant passed away on May 12, 2025, ECF No. 30.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1.  The January 15, 2025 Indictment, ECF No. 15, is **DISMISSED**, with prejudice.

　　　**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

　　　**DATED** this 19th day of May 2025.

_____
Stanley A. Bastian
U.S. District Court Judge

**ORDER CLOSING FILE** ~ 1